UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Gloria Valdepena, et al.

v.                                                          Case Number: 5:19–cv–00094

Nuestro Sagrado Corazon Primary Home
Care, Inc., et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

The Court SETS a telephonic Status Conference for July 18, 2023, at 11:15 a.m.

**BEFORE:**
**Magistrate Judge John A Kazen**

**LOCATION:**
by telephone
United States Courthouse
1300 Victoria Street
Laredo, TX 78040

**DATE:** 7/18/2023

**TIME:** 11:15 AM

**TYPE OF PROCEEDING:** Status Conference

Counsel for Plaintiff shall initiate the telephone conference call. When all of the parties are joined in the call, the parties may reach the Court at (956) 790–1757. When deemed appropriate, the Court holds telephonic hearings primarily for the convenience of the attorneys. It is the obligation of each attorney to insure they have a clear telephone connection and that they can communicate clearly with the Court during the hearing. To this end, each attorney should endeavor to be on a landline telephone and not a cellular telephone. If any attorney has a poor telephone connection that interferes with the ability of the Court to conduct the hearing, the Court may recess the hearing and order the attorney with the poor telephone connection to attend the hearing in person at a future date.

Date:   July 14, 2023                                              Nathan Ochsner, Clerk